**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVEN D. CORDELL, MARGARET CORDELL,**

        **Plaintiffs,**

**-vs-**                        **Case No. 6:06-cv-514-Orl-19DAB**

**ALLSTATE INSURANCE COMPANY,**

        **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF CORPORATE REPRESENTATIVE AND AUSMA MACKUS (Doc. No. 19)**
>
> **FILED:**     **March 9, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

No response has been filed by Defendants, which ordinarily would warrant granting the motion as unopposed. The motion, however, does not set forth sufficient information for the Court to determine whether it is appropriate to grant the relief sought. Specifically, the motion states that Plaintiff has attempted to obtain deposition dates from Defendant, for a corporate representative *and* for the otherwise unidentified "Ausma Mackus." According to the attachments to the Complaint, Ausma Mackus is a Consultant for The National Forensic Consultants, Inc. (Doc. No. 1-4). To the

extent Mackus is not a party to this suit and absent any showing that he or she is somehow under the control of Defendant, without service of a subpoena, the Court cannot compel his or her attendance at deposition.

To the extent Defendant is being unresponsive in the scheduling of the Rule 30(b)(6) corporate deposition, the motion does not indicate that a Rule 30(b)(6) Notice was ever served. As such, there is nothing to compel.

That said, the Court takes Defendant's failure to respond to the motion as an indication that it is being uncooperative in discovery. Such reluctance is unacceptable. Therefore, the motion is **granted, in part** in that Defendant shall produce a corporate representative for deposition at a mutually convenient time, but **no later than March 30, 2007.**

> **MOTION:** **MOTION TO SET MEDIATION FOR MARCH 29, 2007 (Doc. No. 20)**
>
> **FILED:** March 9, 2007
> _____
>
> **THEREON it is ORDERED that the motion is GRANTED in part.**

This motion, too, is unopposed. In view of the above, the mediation date is hereby extended until April 30, 2007. Defense counsel is **ordered** to confer with Plaintiff's counsel regarding a date and time.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record